JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKELINE CHAVEZ,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 11-10643 RNB<br><br>**J U D G M E N T** |

In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

IT IS HEREBY ADJUDGED that (1) the decision of the Commissioner of Social Security is reversed; (2) the Commissioner's favorable determinations dated November 17, 2009 and December 28, 2009 are reinstated, and this matter is remanded for the payment of all benefits attendant thereto; and (3) subject to (2), this matter also is remanded for further administrative proceedings consistent with the Memorandum Opinion pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: December 3, 2012

/s/ Robert N. Block
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE